IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. CLARK | : | |
| Plaintiff | : | NO. 2:18-CV-3968-PBT |
| v. | : | |
| | : | |
| AMICA MUTUAL INSURANCE COMPANY | : | |
| | : | |
| Defendant | : | |

**JOINT STATUS REPORT**

The Parties through their respective undersigned Attorneys have reached an agreement for an Alternative Dispute Resolution by way of a binding Arbitration to resolve all issues in the above matter.  The parties reached an agreement on the selection of an Arbitrator and are finalizing the Arbitration Agreement. It is expected the final agreement will be signed within two weeks.  The parties agree that this case can be removed from the trial list.

Date: November 22, 2019

Frank P. Murphy, Esquire
Counsel for Plaintiff

*Frank P. Murphy*

Michael S. Saltzman, Esquire
Counsel for Defendant

/s/ Michael S. Saltzman, Esquire